**ORAL ARGUMENT NOT YET SCHEDULED**

**No. 26-5330 (consolidated with 26-5336)**

**IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT**

STATE OF CALIFORNIA,

*Appellees*,

v.

ENVIRONMENTAL PROTECTION AGENCY, *et al.*,

*Appellants*.

On Appeal from the U.S. District Court for the District of Columbia
No. 1:26-cv-2185-BAH (Hon. Beryl A. Howell)

# NOTICE OF INTENT TO FILE AMICUS BRIEF


JOHN B. MCCUSKEY
*Attorney General*

MICHAEL R. WILLIAMS
*Solicitor General*

OFFICE OF THE WEST
VIRGINIA ATTORNEY GENERAL
1900 Kanawha Blvd., East
Building 1, Room E-26
Charleston, WV 25305
Phone: (304) 558-2021
michael.r.williams@wvago.gov

*Counsel for Amicus Curiae State of West Virginia*

## NOTICE OF INTENT

Pursuant to Circuit Rule 29(b), the State of West Virginia hereby provides notice that it intends to file an amicus brief in support of the Appellants in the above-captioned appeal. West Virginia expects it will be joined by other States. Under Federal Rule of Appellate Procedure 29(a)(2), such a brief may be filed "without the consent of the parties or leave of court."

Respectfully submitted,


JOHN B. MCCUSKEY
ATTORNEY GENERAL

/s/ Michael R. Williams
Michael R. Williams
*Solicitor General*

OFFICE OF THE WEST VIRGINIA ATTORNEY GENERAL
1900 Kanawha Blvd., East
Building 1, Room E-26
Charleston, WV 25305
Phone: (304) 558-2021
michael.r.williams@wvago.gov


Dated: October 20, 2026


*Counsel for Amicus Curiae State of West Virginia*